UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMANDA BERRY | ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | 1:13-cv-03325-AT-AJB |
| v. | ) | |
| | ) | |
| THE GREAT AMERICAN | ) | |
| DREAM, INC. d/b/a PINUPS | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Amanda Berry, pursuant to F.R.Civ.P. 41(a)(1), hereby voluntarily dismisses the above-identified civil action without prejudice.

Respectfully submitted this 10th day of October 2013.

/s/ Oscar E Prioleau, Jr.
Oscar E. Prioleau
Georgia Bar No. 588510
oprioleau@mindspring.com

505 Pryor Street, S.W.
Atlanta, Georgia  30312
Phone:  (404) 526-9400
Fax:  (404) 880-9360